**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALLIANCE FOR NATURAL HEALTH USA,
211 N. Union Street, Suite 100,
Alexandria, VA 22314;

LIVING FUEL INTERNATIONAL, INC.,
1420 Celebration Blvd., Suite 200,
Tampa, FL 34747;

HEALTH RANGER STORE, INC.,
3800 N. Lamar Blvd., Suite 200,
Austin, TX 78756;

and

SANACOR INTERNATIONAL, INC. and
EVOLUTION NUTRACEUTICALS, INC. d/b/a
CARDIO MIRACLE,
3050 Pine Valley Road,
Kamas, UT 84036,

     Plaintiffs,

vs.

UNITED STATES FOOD AND
DRUG ADMINISTRATION
c/o Office of the Chief Counsel
Attention: Litigation
White Oak Building 1
10903 New Hampshire Avenue
Silver Spring, MD 20993.

     Defendant.

Civil Action No. _____

**COMPLAINT FOR
DECLARATORY JUDGMENT**

Plaintiffs Alliance for Natural Health USA; Living Fuel International, Inc.; Health Ranger Store, Inc.; Sanacor International, Inc.; and Evolution Nutraceuticals, Inc. d/b/a Cardio Miracle hereby submit this Complaint alleging as follows:

## I.   NATURE OF THE ACTION

## II.   JURISDICTION AND VENUE

1.   This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal questions jurisdiction) and 28 U.S.C. § 1346.  This court is the proper venue for suit pursuant to 28 U.S.C. § 1391(e) because the defendant resides within this judicial district.

## III.   PARTIES

2.   **Plaintiff Alliance for Natural Health USA** is a 501(c)(4) non-profit organization that works nationally to both promote sustainable and regenerative health care and protect individual freedom of choice through policy advocacy and public education. ANH protects access to healthcare by lobbying Congress and state legislatures; acting as a government watchdog; filing comments in rulemakings; educating the public, press, and decision-makers about threats to consumer access to healthcare options, and initiating suits to ensure access.  The co-plaintiffs with ANH in this complaint are also co-petitioners with ANH to the FDA, all parties to the Notification filed with FDA that FDA denied.  They are also members of ANH's Corporate Leadership Circle.  ANH represents over 650,000 American health care consumers and supports an end to FDA censorship of science-backed nutrient-disease relationship claims, such as those drawn from scientific bodies of the United States government that form the basis of the Plaintiffs' Notification to the FDA.  ANH is one of the co-petitioners that sought allowance of the health claims here in issue, which petition was denied.

2

3. **Plaintiff Living Fuel International, Inc.** ("Living Fuel"), founded in 2001 and headquartered in Tampa, Florida, is a health and wellness company specializing in nutrient-dense, plant-based meal replacement products designed to support optimal human performance and longevity. Its flagship offerings are formulated with over 90 essential nutrients—including vitamins, minerals, antioxidants, other botanicals, enzymes, and probiotics—to provide comprehensive nutritional support in a single serving.  Committed to evidence-based formulations and high-quality, non-GMO ingredients, Living Fuel positions itself as a leader in functional nutrition, aiming to deliver measurable health benefits through its scientifically crafted superfood products.  A member of the ANH Corporate Leadership Circle, Living Fuel is one of the co-petitioners to FDA that sought allowance of the health claims here in issue, via the Notification which FDA denied.  Living Fuel seeks use on the labels and in the labeling of its dietary supplement products the health claims hereinbelow identified for its listed products that contain daily dose levels of active ingredients equal to those identified by the cited in research of the identified government agencies with official responsibility for public health protection or research directly relating to human nutrition.

4. **Plaintiff The Health Ranger Store, Inc.** ("Ranger Store") established in 2012 by Mike Adams, is a U.S.-based online retailer specializing in organic, non-GMO, and lab-verified health products, including supplements, superfoods, and personal care items. All products undergo rigorous testing at CWC Labs, an ISO-accredited analytical laboratory, to ensure purity and potency, with certifications such as USDA Organic and Non-GMO Project Verified. Committed to transparency and sustainability, the company aims to provide consumers with clean, effective, and ethically sourced health solutions.  A member of the ANH Corporate Leadership Circle, Ranger Store is one of the co-petitioners to FDA that sought allowance of the

health claims here in issue, via the Notification which FDA denied. The Health Ranger Store, Inc. seeks use on the labels and in the labeling of its dietary supplement products the health claims hereinbelow identified for its listed products that contain daily dose levels of active ingredients equal to those identified by the cited in research of the identified government agencies with official responsibility for public health protection or research directly relating to human nutrition.

5.    **Plaintiff Sanacor International, Inc. and Evolution Nutraceuticals, Inc. dba Cardio Mirac**le ("Cardio Miracle") is a Utah-based health supplement company founded in 2013 specializing in advanced nitric oxide and cardiovascular support formulations. Its flagship product combines key nutrients such as L- arginine, L-citrulline, vitamins D and K, and antioxidants to support endothelial function, circulation, and overall cardiovascular health. As a petitioner for health claims at the FDA, Cardio Miracle is committed to grounding its applications in emerging scientific evidence and advancing public access to nutraceuticals that align with optimal health outcomes. A member of the ANH Corporate Leadership Circle, Cardio Miracle is one of the co-petitioners to FDA that sought allowance of the health claims here in issue via the Notification that FDA denied.  Cardio Miracle seeks use on the labels and in the labeling of its dietary supplement products the health claims hereinbelow identified for its listed products that contain daily dose levels of active ingredients equal to those identified by the cited in research of the identified government agencies with official responsibility for public health protection or research directly relating to human nutrition.

6.    **Defendant United States Food and Drug Administration** is an agency within

the Department of Health and Human Services, established by 21 U.S.C. § 393, tasked with protecting public health by ensuring the safety, effectiveness, and security of human and veterinary drugs, vaccines, medical devices, food, cosmetics, and tobacco products, and regulating their labeling and marketing.

### IV.   FACTS

7.   On September 4, 2025, Plaintiffs filed with the FDA a "Notification of Health Claims Based on Authoritative Statements" pursuant to 21 U.S.C. § 343(r)(3)(C) (hereinafter "Notification") in which they supplied FDA with 118 separate claims, 114 of which were express nutrient disease risk reduction claims summarizing statements published by the National Institutes of Health ("NIH"), the National Institutes of Health Office of Dietary Supplements ("ODS"), the NIH National Center for Complementary and Integrative Medicine ("NCCIH"), and the Centers for Disease Control and Prevention ("CDC") on their respective public facing web pages together with the scientific references relied upon by NIH, ODS, NCCIH, and CDC.

8.   In the Notification, Plaintiffs explained that the noticed health claims (drawn from and summarizing the government's own statements to the public) were required to be allowed to enter the market at the point of sale on the labels and in the labeling of Plaintiffs' products containing the same ingredients and same dose amounts identified in the government research under 21 U.S.C. § 343(r)(3)(C) when construed consistent with its plain meaning and the constitutional avoidance doctrine.  Plaintiffs further argued in the Notification that (1) even if FDA were to refuse to grant its approval of the claims under 21 U.S.C. § 343(r)(3)(C), it must nevertheless allow the claims to enter the market at the point of sale on labels and in labeling of the Plaintiffs' products under the First Amendment mandate of the United States Court of Appeals for the D.C. Circuit in *Pearson v. Shalala,* 164 F.3d 650 (D.C. Cir. 1999), *reh'g denied,*

5

172 F.3d 72 (D.C. Cir. 1999), relying on such succinct, accurate, unbiased, and reasonable disclaimers the government believed necessary to avoid misleadingness and (2) even if FDA were to refuse to grant its approval of the claims under Section 343(R)(3)(C) or allow them even if unapproved as mandated by *Pearson v. Shalala*, it would nevertheless have to allow the claims to enter the market at the point of sale on labels and in labeling under the First Amendment commercial speech doctrine, because the claims were drawn from the government's own public facing publications, were backed by scientific evidence on which those government agencies relied; because FDA had no lawful statutory or constitutional authority to question the truthfulness of the statements published to the public by the other government health agencies; and because the obvious less restrictive alternative of claim qualification existed to guard against any potential misleadingness. Plaintiffs pledged that they would accept any reasonable claim qualification needed to avoid misleadingness.

9. In a letter dated December 23, 2025, FDA concluded that 4 of the 118 claims were not health claims (i.e., were not nutrient-disease risk reduction claims) and, so, it allowed the 4 to enter the market without need for FDA prior review. It concluded that the remaining 114 claims were nutrient-disease risk reduction claims or health claims. It denied all 114 claims authorization to be used on labels and in labeling of Plaintiffs' products without any consideration whatsoever of qualifications for the claims and without establishing with empirical evidence that any of the claims was false. Although it did not refute that the 114 claims were ones published by scientific bodies of the United States government identified in Plaintiffs' Petition, and although it admitted that the term "authoritative statement" was not defined in the Food Drug and Cosmetic Act, it nevertheless ruled the claims not "authoritative statements" not

based on statutory language but based on its own interpretation of what the statutory term "authoritative statements" should mean, giving it a constricted meaning, as follows:

> Although section 403(r)(3)(C) of the FD&C does not explicitly define the term "authoritative," the common definition of the word "authoritative" includes the concepts "arising from authority" and "official." . . . . In addition, Congress's use of the term "authoritative," and the common definition of that word support evaluating whether a statement by a Federal scientific body . . . cited as the basis for a health claim under section 403(r)(3)(C) represents an "official" or "consensus" statement by that body.

FDA December 23, 2025 Letter at 3.

10. Without elucidation as to precisely which claims were affected, FDA asserted that "a number of your proposed claims" are not accompanied by "a balanced representation of the scientific literature" (FDA December 23, 2025 Letter at 8); that "numerous proposed health claims" do not "accurately represent the purported authoritative statements corresponding to the claims" (Id. at 9); and that "several of the proposed health claims" do not include "the word 'may' and [thus] present a misleading relationship between the nutrient and the disease . . ." (Id. at 10).  In none of these instances did FDA identify specifically which claims it found objectionable beyond single examples nor did it evaluate whether any claim could be corrected for its perceived misleadingness through the addition of a claim qualification or disclaimer.

11. In its December 23, 2025 Letter, FDA did not mention, let alone evaluate, the United States Court of Appeals' First Amendment mandate to the agency in Pearson v. Shalala, 164 F.3d 650 (D.C. Cir. 1999), *reh'g denied,* 172 F.3d 72 (D.C. Cir. 1999).  FDA did not mention, let alone evaluate, the Plaintiffs' demand that FDA interpret the statutory section under the First Amendment commercial speech standard as required by the constitutional avoidance doctrine. FDA did not mention, let alone evaluate, whether a claim qualification could suffice to eliminate any misleadingness as to whether FDA approved the claims or whether the claims represented a consensus among leaders of the health agencies.  FDA did not mention, let alone evaluate,

7

whether the health claims were false or misleading in any particular.  Its sole basis for denial of the 114 authoritative statements was that based on its interpretation of the meaning of Section 403(r)(3)(C), the statements were not "authoritative."

12. On pages 5 and 6 of its December 23, 2025 Letter, FDA stated that after receiving Petitioners' notification, FDA contacted NIH ODS, NIH NCCIH, and CDC to ask whether the statements those agencies published were "authoritative statements" despite not meeting the definition of "authoritative statements" given by FDA for Section 403(r)(3)(C).  FDA recites that in response its sister agencies agreed that the published statements did not meet FDA's definition of "authoritative statements" and, so, could not be viewed as authoritative statements of NIH ODS, NIH NCCIH, and CDC.

13. The 114 claims for which market entry was sought but was denied by FDA, effectively censoring them, include the following (listing the wording of the claim; the scientific body of the United States Government or the National Academy of Sciences or its subdivisions from which the claims were obtained; and the citation to the scientific body's publication of the claims).

14. **Health Claim 1: Vitamin A and Carotenoids – Vitamin A reduces the risk of respiratory diseases/pneumonia.**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that adequate intake of vitamin A reduces the risk of respiratory diseases such as pneumonia and measles-related infections. **Evidence base:** 3 references (two **narrative reviews, one observational/epidemiologic study)**. The authoritative NIH ODS statement explicitly notes that a long-term deficiency in vitamin A "can also lead to a higher risk of respiratory diseases (such as pneumonia)". Authoritative link:

(https://ods.od.nih.gov/factsheets/VitaminA-Consumer/). This language constitutes government acknowledgment of the nutrient-disease relationship.

15. **Health Claim 2: Vitamin A and Carotenoids – Vitamin A may reduce the risk of premature death.**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that adequate vitamin A intake may reduce risk of early mortality. **Evidence base:** 3 references (**two narrative reviews, one observational/epidemiologic study)** linking deficient vitamin A to increased mortality. The NIH ODS statement asserts that severe vitamin A deficiency "can increase your chances of dying" Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminA-Consumer/).

16. **Health Claim 3: Vitamin A and Carotenoids – Natural vitamin A and/or carotenoids in food form may reduce the risk of certain cancers.**  Living Fuel International Inc. for its *SuperBerry Ultimate*  and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that diets rich in vitamin A and carotenoid-containing foods correlate with lower cancer incidence. **Evidence base:** 12 references (**8 meta-analyses and/or systematic reviews, two narrative reviews, two mixed-type evidence)**. NIH ODS notes that people eating many vitamin A- or $\beta$-carotene-rich foods "might have a lower risk of certain kinds of cancer" Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminA-Consumer/), while cautioning only against very high synthetic intakes in smokers.

17. **Health Claim 4: Vitamin A and Carotenoids – Dietary supplements containing**

**carotenoids, including beta-carotene, or lutein and zeaxanthin, combined with vitamins C and E, zinc and copper, may reduce the rate of vision loss in people with age-related macular degeneration (AMD).** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that combinations of antioxidant nutrients slow progression of age-related macular degeneration. **Evidence base:** 5 references (**one meta-analysis and/or systematic review, two clinical trials, one narrative review, one observational/epidemiologic study**). NIH ODS records that these supplements "can slow the progression of AMD". Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminA-HealthProfessional/). CDC page qualifies: "Providing vitamin A supplements to children ages 6 months up to 5 years is effective in reducing deaths from causes related to vitamin A deficiency," but for AMD specifically (in ODS): "The same supplement, containing lutein and zeaxanthin instead of beta-carotene, reduces the risk of progression to advanced AMD even more and eliminates the increased risk of lung cancer from high doses of beta-carotene."

18. **Health Claim 5: Vitamin A and Carotenoids – Vitamin A may reduce the risk of infections such as measles and diarrhea.** Living Fuel International Inc. for its *SuperBerry Ultimate*) and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements showing vitamin A reduces infectious-disease vulnerability. **Evidence base:** 1 reference (**one government and/or authoritative text**). NIH ODS affirms that deficiency "can lead to a higher risk of respiratory diseases and infections such as measles and diarrhea" Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminA-Consumer/).

19. **Health Claim 6: Vitamin A and Carotenoids – Vitamin A may reduce the risk of**

**anemia.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements linking vitamin A status to hemoglobin integrity. **Evidence base:** 3 references (**two narrative reviews, one observational/epidemiologic study)**. According to NIH ODS, deficiency in vitamin A "can cause anemia (a condition in which red blood cells do not supply enough oxygen to the body)". Authoritative link:

(https://ods.od.nih.gov/factsheets/VitaminA-HealthProfessional/).

20. **Health Claim 7: Vitamin A and Carotenoids – Vitamin A may reduce the risk of xerophthalmia.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that sufficient vitamin A intake prevents xerophthalmia. **Evidence base:** 3 references (**two observational/epidemiologic, one government and/or authoritative text)**. NIH ODS states: "The most common clinical sign of vitamin A deficiency is xerophthalmia". Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminA-HealthProfessional/).

21. **Health Claim 8: Boron – Boron may reduce inflammation in the body.** Living Fuel International Inc. for its *Super Greens* intends to use NIH ODS authoritative statements that boron modulates inflammation and supports immune response. **Evidence base:** 5 references (**one clinical trial, four narrative reviews)**. Authoritative link:
(https://ods.od.nih.gov/factsheets/Boron-Consumer/). ODS context: "Observational evidence.

22. **Health Claim 9: Boron – Boron may reduce the risk of osteoarthritis.** Living Fuel International Inc. for its *Super Greens* intends to use NIH ODS authoritative statements to refer to boron's association with joint health. **Evidence base:** 5 references (**one**

**clinical trial, four narrative reviews)**. NIH ODS states that boron supports "bone growth and formation". Authoritative link: (https://ods.od.nih.gov/factsheets/Boron-HealthProfessional/).

23. **Health Claim 10: Boron – Boron may reduce the risk of certain cancers.** Living Fuel International Inc. for its *Super Greens* intends to use NIH ODS authoritative statements of boron's role in cell growth regulation. **Evidence base:** 6 references (**two narrative reviews, two observational/epidemiologic studies, one mechanistic and/or animal and/or in-vitro study, one government and/or authoritative text)**. Authoritative link: (https://ods.od.nih.gov/factsheets/Boron-HealthProfessional/).

24. **Health Claim 11: Boron – Boron may increase bone strength.** Living Fuel International Inc. for its *Super Greens* intends to use NIH ODS authoritative statements regarding boron's benefit to bone density. **Evidence base:** 7 references (**two narrative reviews, one observational/epidemiologic study, two mechanistic and/or animal and/or in-vitro studies, two government and/or authoritative texts)**. NIH ODS notes boron has beneficial effects on "bone growth and formation". Authoritative link: (https://ods.od.nih.gov/factsheets/Boron-Consumer/). ODS qualifies: "Boron might be important for bone growth and formation, possibly by affecting osteoblast and/or osteoclast activity or by influencing serum steroid hormone levels and calcium metabolism."

25. **Health Claim 12: Vitamin B1 (Thiamin) – Thiamin may reduce the risk of memory loss, muscle weakness and heart problems.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that adequate thiamin prevents neuromuscular and cardiac impairment. **Evidence base:** 1 reference (**one government and/or authoritative text)**. NIH

ODS records that "Thiamin deficiency can cause […] memory loss, muscle weakness, and heart problems." Authoritative link: (https://ods.od.nih.gov/factsheets/Thiamin-Consumer/).

26. **Health Claim 13: Vitamin B2 (Riboflavin) – Riboflavin may reduce the risk of migraine headaches.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements of the relationship between high-dose riboflavin and fewer migraine attacks. **Evidence base:** 6 references (one meta-analysis and/or systematic review, **three clinical trials, one narrative review, one observational/epidemiologic study)**. Authoritative link: (https://ods.od.nih.gov/factsheets/Riboflavin-Consumer/).

27. **Health Claim 14: Vitamin B2 (Riboflavin) – Riboflavin may reduce the risk of skin disorders, […], cataracts, sores at the corners of the mouth, sore throat, liver disorders, and reproductive and nervous system disorders.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements identifying riboflavin deficiency as a cause of dermatitis and eye disorders. **Evidence base:** 3 references (**one narrative review, two government and/or authoritative texts)**. NIH ODS notes that deficiency "can cause skin disorders, sores at the corners of your mouth, swollen and cracked lips, hair loss, sore throat, liver disorders, and problems with your reproductive and nervous systems. … and clouding of the lens in your eyes (cataracts)". Authoritative link: (https://ods.od.nih.gov/factsheets/Riboflavin-Consumer/).

28. **Health Claim 15: Vitamin B2 (Riboflavin) – Riboflavin may reduce the risk of**

**anemia.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements on the association between riboflavin intake and healthy red cell production. **Evidence base:** 1 reference (one government and/or authoritative text). NIH ODS states that "long-term riboflavin deficiency causes a shortage of red blood cells (anemia)". Authoritative link: (https://ods.od.nih.gov/factsheets/Riboflavin-Consumer/).

29. **Health Claim 16: Niacin – Nicotinic acid (at 1600 mg or more daily) may lower LDL cholesterol and triglycerides and raise HDL ('good') cholesterol.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements on the established effect of niacin on lipid profiles. **Evidence base:** 5 references (**three narrative reviews, one observational/epidemiologic, one government and/or authoritative text**). NIH ODS recognizes that niacin "can lower blood levels of LDL (bad) cholesterol, raise levels of HDL (good) cholesterol, and lower levels of triglycerides." Authoritative link: (https://ods.od.nih.gov/factsheets/Niacin-consumer/).

30. **Health Claim 17: Vitamin B12 (Cobalamin) – Vitamin B12, vitamin B6 and Folate may reduce the risk of heart attack or stroke in people with sub-normal blood levels of homocysteine.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that vitamins B12, B6 and folate help lower homocysteine levels linked to cardiovascular risk. **Evidence base:** 3 references (one clinical trial, two narrative reviews). NIH

ODS notes that "Vitamin B12 supplements (along with other B vitamins) reduce blood levels of homocysteine." Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminB12-Consumer/).

31. **Health Claim 18: Vitamin B12 (Cobalamin) – Vitamin B12 may reduce the risk of megaloblastic anemia.**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that vitamin B12 deficiency causes megaloblastic anemia and that adequate intake therefore prevents the condition. **Evidence base:** 1 reference (**one government and/or authoritative text)**. NIH ODS states that "These are symptoms of megaloblastic anemia, which is a hallmark of vitamin B12 deficiency." Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminB12-Consumer/).

32. **Health Claim 19: Vitamin B12 (Cobalamin) – Vitamin B12 may reduce the risk of pernicious anemia.**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements identifying pernicious anemia as a form of vitamin B12 deficiency caused by lack of intrinsic factor. **Evidence base:** 1 reference (**one government and/or authoritative text)**. NIH ODS confirms that "pernicious anemia is a form of vitamin B12 deficiency". Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminB12-HealthProfessional/).

33. **Health Claim 20: Vitamin B12 (Cobalamin) – Vitamin B12 may reduce the risk of certain neurological problems.**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that adequate vitamin B12 prevents neurologic damage attributed to deficiency. **Evidence base:** 2 references (two narrative reviews). NIH ODS writes that "Other

symptoms of vitamin B12 deficiency include problems with balance, depression, confusion, dementia, poor memory". Authoritative link:

(https://ods.od.nih.gov/factsheets/VitaminB12-Consumer/).

34. **Health Claim 21: Chromium – Chromium may reduce the risk of impaired glucose tolerance.**  Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that adequate chromium intake contributes to normal glucose metabolism and reduced risk of impaired glucose tolerance. **Evidence base:** 6 references (one meta-analysis and/or systematic review, two clinical trials, one narrative review, two government and/or authoritative texts). Authoritative link: (https://ods.od.nih.gov/factsheets/Chromium-HealthProfessional/).

35. **Health Claim 22: Chromium – Chromium may reduce the risk of type 2 diabetes.**  Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that chromium supplementation helps lower the risk of insulin resistance and therefore risk of type 2 diabetes. **Evidence base:** 6 references (one clinical trial, one narrative review, four government and/or authoritative texts). Authoritative link: (https://ods.od.nih.gov/factsheets/Chromium-HealthProfessional/).

36. **Health Claim 23: Chromium – Chromium may reduce the risk of insulin resistance.**  Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that chromium supplementation improves insulin sensitivity. **Evidence base:** 5 references (one meta-analysis and/or systematic review, one clinical trial, two narrative reviews, one government and/or authoritative text). Authoritative link: (https://ods.od.nih.gov/factsheets/Chromium-HealthProfessional/).

37. **Health Claim 24: Chromium – Chromium may reduce the risk of metabolic syndrome.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements of chromium's effect on lipid and glucose homeostasis relevant to metabolic-syndrome outcomes. **Evidence base:** 6 references (four clinical trials, one observational/epidemiologic study, one government and/or authoritative text). Authoritative link: (https://ods.od.nih.gov/factsheets/Chromium-HealthProfessional/).

38. **Health Claim 25: Vitamin B6 – Folate (500-5000 mcg DFE/d), vitamin B12 (1000-5000 mcg DFE/d) and vitamin B6 (20-25 mg DFE/d) may lower the risk of cardiovascular disease.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that combined intake of folate, B6, and B12 supports homocysteine metabolism and thereby lowers cardiovascular-disease risk. **Evidence base:** 5 references (four clinical trials, one government and/or authoritative text). NIH ODS explains that "Vitamin B6 also plays a role in cognitive development through the biosynthesis of neurotransmitters and in maintaining normal levels of homocysteine." Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminB6-HealthProfessional/).

39. **Health Claim 26: Vitamin B6 – Vitamin B6 may reduce the risk of abnormal brain development in the fetuses of pregnant women.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements noting the essential role of vitamin B6 in fetal and infant brain development. **Evidence base:** 1 reference (one government and/or authoritative text). NIH

17

ODS states that vitamin B6 "is also involved in brain development during pregnancy and infancy". Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminB6-consumer/).

40. **Health Claim 27: Vitamin B6 – Vitamin B6 supplementation may reduce the risk of vitamin B6 deficiency, the symptoms of which include: anemia, itchy rashes, scaly skin on the lips, cracks at the corners of the mouth, swollen tongue, depression, confusion, or a weak immune system. In infants, vitamin B6 deficiency may include irritability, extreme sensitivity in hearing, or seizures.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements relating B6 sufficiency to prevention of neurological and hematologic dysfunctions. **Evidence base:** 3 references (three government and/or authoritative texts). Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminB6-HealthProfessional/).

41. **Health Claim 28: Vitamin B9 (Folate) – Food forms of folate may decrease the risk of several forms of cancer. Folic acid (pteroylmonoglutamic acid) taken at the recommended amounts (400 mcg DFE/day for children of 14 years and older and adults, except pregnant women, who should take 600 mcg DFE/day and lactating women, who should take 500 mcg DFE/day) may help reduce the risk of certain forms of cancer.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that sufficient folate status is associated with reduced incidence of specific cancers. **Evidence base:** 12 references (two meta-analyses and/or systematic reviews, 6 narrative reviews, three observational/epidemiologic studies, one government and/or authoritative text). NIH ODS states

18

"Folate that is naturally present in food may decrease the risk of several forms of cancer".
Authoritative link: (https://ods.od.nih.gov/factsheets/Folate-HealthProfessional/).

42. **Health Claim 29: Vitamin B9 (Folate) – Folate supplements in the methylated form (5- methyltetrahydrofolate, or 5-MTHF) may reduce the risk of depression.** Health Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements highlighting folate's role in neurotransmitter synthesis and mood regulation. **Evidence base:** 8 references (three meta-analyses and/or systematic reviews, one clinical trial, one observational/epidemiologic study, three government and/or authoritative texts). NIH ODS specifies that "low blood levels of vitamin B12 or folate may be linked to depression." Authoritative link: (https://ods.od.nih.gov/factsheets/Folate-HealthProfessional/).

43. **Health Claim 30: Vitamin B9 (Folate) – Vitamin B12 and folate supplementation may reduce the risk of megaloblastic anemia.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC statements that adequate folate and B12 levels prevent megaloblastic anemia. **Evidence base:** 1 reference (one government and/or authoritative text). NIH ODS affirms, "Megaloblastic anemia, which is characterized by large, abnormally nucleated erythrocytes, is the primary clinical sign of folate or vitamin B12 deficiency." Authoritative link: (https://ods.od.nih.gov/factsheets/Folate-HealthProfessional/).

44. **Health Claim 31: Vitamin B9 (Folate) – Adequate folate intake (600 mcg DFE/day) before conception and in the earliest days and weeks of pregnancy may reduce the risk of abnormal fetal brain and spine development.** Living Fuel International Inc. for its

*SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that adequate folic-acid intake before and during early pregnancy prevents neural-tube defects. **Evidence base:** 12 references (one meta-analysis and/or systematic review, 5 narrative reviews, 6 government and/or authoritative texts). CDC advises that "all women of childbearing age should consume 0.4 mg (400 µg) of folic acid daily to reduce neural-tube-defect risk." Authoritative link: (https://www.cdc.gov/ncbddd/folicacid).

45. **Health Claim 32: Calcium – Calcium supplements may reduce the risk of preeclampsia in pregnant women who consume too little calcium in their normal diet.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that adequate calcium intake lowers preeclampsia risk among women with low baseline calcium diets. **Evidence base:** 8 references (two meta-analyses and/or systematic reviews, one narrative review, 5 government and/or authoritative texts). NIH ODS notes that "Calcium supplements might reduce the risk of preeclampsia in pregnant women who have inadequate calcium intakes." Authoritative link: (https://ods.od.nih.gov/factsheets/Calcium-HealthProfessional/).

46. **Health Claim 33: Calcium – For those with low calcium status, increasing calcium intake may reduce the risk of metabolic syndrome.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements linking calcium sufficiency to favorable metabolic outcomes. **Evidence base:** 3 references (one meta-analysis and/or systematic review, one clinical trial, one observational/epidemiologic study). NIH ODS cites calcium's role in lipid and body-weight regulation, which influences metabolic-syndrome risk. Authoritative link: (https://ods.od.nih.gov/factsheets/Calcium-HealthProfessional/).

47. **Health Claim 34: Calcium – Normalizing calcium status may reduce the risk of osteomalacia.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that calcium is necessary for bone health and that inadequate intake increases risk for osteoporosis and osteomalacia. **Evidence base:** 2 references (one observational/epidemiologic study, one government and/or authoritative text). NIH ODS states that "Getting too little calcium can cause several conditions, including Osteomalacia, which causes soft bones in children and adults." Authoritative link: (https://ods.od.nih.gov/factsheets/Calcium-consumer/).

48. **Health Claim 35: Choline – Choline may reduce the risk of non-alcoholic fatty liver disease/metabolic dysfunction–associated steatotic liver disease (NAFLD/MASLD).** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements identifying choline as reducing the risk of non-alcoholic fatty liver disease and metabolic dysfunction. **Evidence base:** 4 references (one clinical trial, one narrative review, one observational/epidemiological study, one government and/or authoritative text). NIH ODS states, "Choline deficiency can cause liver damage and non-alcoholic fatty liver disease." Authoritative link: (https://ods.od.nih.gov/factsheets/Choline-HealthProfessional/).

49. **Health Claim 36: Copper – If your copper status is low, copper supplementation may reduce the risk of skin discoloration patches (pityriasis alba).** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that copper deficiency produces dermatologic and pigment disorders. **Evidence base:** 3 references (one narrative review, one observational/epidemiologic study, one government and/or authoritative texts). Authoritative link: (https://ods.od.nih.gov/factsheets/Copper-HealthProfessional/).

21

50. **Health Claim 37: Copper – If your copper status is low, copper supplementation may reduce the risk of high blood cholesterol.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that low copper status alters lipid metabolism. **Evidence base:** 3 references (one narrative review, one observational/epidemiological study, one government and/or authoritative text). Authoritative link: (https://ods.od.nih.gov/factsheets/Copper-HealthProfessional/).

51. **Health Claim 38: Copper – If your copper status is low, copper supplementation may reduce the risk of loss of balance and coordination.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that copper deficiency can cause neurologic dysfunction manifested by gait instability and poor coordination. **Evidence base:** 3 references (one narrative review, one observational/epidemiologic study, one government and/or authoritative text). Authoritative link: (https://ods.od.nih.gov/factsheets/Copper-HealthProfessional/).

52. **Health Claim 39: Copper – If your copper status is low, copper supplementation may reduce your risk of infection.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that copper deficiency impairs immune response. **Evidence base:** 3 references (one narrative review, one observational/epidemiologic, one government and/or authoritative text). Authoritative link: (https://ods.od.nih.gov/factsheets/Copper-HealthProfessional/).

53. **Health Claim 40: Copper – If your copper status is low, copper supplementation may reduce your risk of connective tissue disorders affecting the ligaments and skin.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative

22

statements describing copper's role in collagen and elastin formation essential for connective-tissue integrity. **Evidence base:** 3 references (one narrative review, one observational/epidemiologic study, one government and/or authoritative text). NIH ODS states: "Your body uses copper to carry out many important functions, including making energy, connective tissues…" Authoritative link: (https://ods.od.nih.gov/factsheets/Copper-Consumer/).

54. **Health Claim 41: Copper – If your copper status is low, copper supplementation may reduce your risk of weak and brittle bones.**  Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that copper contributes to bone mineralization and connective-tissue formation, and that low copper status increases the risk of skeletal fragility. **Evidence base:** 3 references (**one narrative review, one observational/epidemiologic study, one government and/or authoritative text)**. Authoritative link: (https://ods.od.nih.gov/factsheets/Copper-HealthProfessional/).

55. **Health Claim 42: Vitamin C - Vitamin C helps the body make collagen needed for wound healing.**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that vitamin C contributes to the formation of connective tissues, which play a vital role in wound healing. **Evidence base:** 2 references (two narrative reviews). NIH ODS states "Vitamin C is required for the biosynthesis of collagen". Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminC-HealthProfessional/).

56. **Health Claim 43: Vitamin C - Vitamin C helps support the proper function of the immune system needed to protect the body from infections.**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend*

intend to use NIH ODS authoritative statements that vitamin C plays an important role in immune function. **Evidence base:** 2 references (two narrative reviews). NIH ODS states "vitamin C plays an important role in immune function" Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminC-HealthProfessional/).

57. **Health Claim 44: Vitamin C - Vitamin C, in combination with vitamin E, lutein, zeaxanthin, zinc, copper, may help reduce the risk of age-related macular degeneration (AMD).** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that the above combination lowers the risk of AMD. **Evidence base:** 2 references (two clinical trials). Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminC-HealthProfessional/).

58. **Health Claim 45: Vitamin D - Vitamin D reduces the risk of rickets in children.**

Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that Vitamin D reduces the risk of developing rickets. **Evidence base:** 4 references (one narrative review, three government and/or authoritative texts). NIH ODS states "Vitamin D sufficiency prevents rickets in children". Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminD-HealthProfessional/).

59. **Health Claim 46: Vitamin D - Vitamin D reduces the risk of osteomalacia (in adults).** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that vitamin D deficiency can manifest as osteomalacia in adults. **Evidence base:** 4 references

24

(one narrative review, three government and/or authoritative texts). NIH ODS states "In adults and adolescents, vitamin D deficiency can lead to osteomalacia". Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminD-HealthProfessional/).

60. **Health Claim 47: Vitamin D - Vitamin D may reduce the risk of weak, painful muscles.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that vitamin D is needed for the normal development and growth of muscles. **Evidence base:** 1 reference (one government and/or authoritative text). NIH ODS states "inadequate vitamin D levels can adversely affect muscle strength and lead to muscle weakness and pain (myopathy)". Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminD-HealthProfessional/).

61. **Health Claim 48:  Vitamin D - Vitamin D may reduce the risk of loss of balance and falls in the elderly.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that vitamin D supplementation improves muscle strength and reduces the risk of falls. **Evidence base:** 1 reference (one government and/or authoritative text). Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminD-HealthProfessional/).

62. **Health Claim 49: Vitamin D - Vitamin D supplementation may reduce the risk of infection by pathogenic bacteria and viruses.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that the immune system needs vitamin D to counter bacterial and viral infections. **Evidence base:** 3 references (one narrative review, two government and/or authoritative texts). NIH ODS states "Your immune system needs vitamin D

25

to fight off invading bacteria and viruses." Authoritative link:

(https://ods.od.nih.gov/factsheets/VitaminD-Consumer/).

63. **Health Claim 50: Vitamin D - Vitamin D may reduce the risk of high blood pressure (hypertension).**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that vitamin D helps regulate the system associated with blood pressure. **Evidence base:** 2 references (two meta-analyses and/or systematic reviews). NIH ODS states "Vitamin D helps regulate the renin-angiotensin-aldosterone system (and thereby blood pressure)". Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminD-HealthProfessional/).

64. **Health Claim 51: Vitamin D - Vitamin D may reduce the risk of high blood cholesterol levels.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that vitamin D helps manage cholesterol levels. **Evidence base:** 1 reference (one meta-analysis and/or systematic review). Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminD-Consumer/).

65. **Health Claim 52: Vitamin D - Vitamin D may reduce the risk of developing multiple sclerosis (MS).**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS and CDC authoritative statements that vitamin D may reduce the risk of developing multiple sclerosis. **Evidence base:** 6 references (one meta-analyses and/or systematic review, one narrative review, three observational/epidemiologic studies, one government and/or authoritative text). Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminD-HealthProfessional/).

66. **Health Claim 53: Vitamin E - Vitamin E may reduce the risk of infections.**

Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that vitamin E is important to the normal functioning of the immune system. **Evidence base:** 3 references (one narrative review, two government and/or authoritative texts). NIH ODS states "The body also needs vitamin E to boost its immune system so that it can fight off invading bacteria and viruses". Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminE-consumer/).

67. **Health Claim 54: Vitamin E - Vitamin E reduces the risk of cell adhesion and platelet aggregation, thereby reducing the risk of atherosclerosis.**
Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that vitamin E can stop blood cells from sticking together, which can lower the risk of clogged arteries. **Evidence base:** 2 references (one narrative review, one government and/or authoritative text). Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminE-consumer/).

68. **Health Claim 55: Vitamin E - Vitamin E can prevent loss of body control, muscle weakness and numbness in the arms and legs, and vision problems caused by vitamin E deficiency.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that vitamin E prevents nerve and muscle damage that can cause muscle weakness, numbness and vision problems. **Evidence base:** 5 references (one meta-analyses and/or systematic review, two clinical trials, one narrative review, one government and/or authoritative text). NIH ODS states "Vitamin E deficiency can cause nerve and muscle damage that results in

27

loss of feeling in the arms and legs, loss of body movement control, muscle weakness, and vision problems." Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminE-HealthProfessional/).

69. **Health Claim 56: Iodine - Adequate iodine during pregnancy reduces the risk of abnormal bone and brain development in fetuses.**  Health Ranger Store Inc. for its *Nascent Iodine* intends to use NIH ODS authoritative statements that iodine supports healthy bone and brain development in fetuses. **Evidence base:** 7 references (one meta-analyses and/or systematic review, two narrative reviews, two observational/epidemiological studies, two government and/or authoritative texts). Authoritative link: (https://ods.od.nih.gov/factsheets/Iodine-consumer/).

70. **Health Claim 57: Iodine - Iodine intake by pregnant women reduces the risk of stunted growth, intellectual disabilities and delayed sexual development of fetuses.** Health Ranger Store Inc. for its *Nascent Iodine* intends to use NIH ODS authoritative statements that iodine is needed to support proper development of fetuses. **Evidence base:** 7 references (one meta-analysis and/or systematic review, two narrative reviews, two observational/epidemiologic studies, two government and/or authoritative texts). NIH ODS states "In pregnant women, severe iodine deficiency can permanently harm the fetus by causing stunted growth, intellectual disability, and delayed sexual development." Authoritative link: (https://ods.od.nih.gov/factsheets/Iodine-consumer/).

71. **Health Claim 58: Iodine - Iodine intake in mildly iodine deficient children may reduce the risk of reasoning disabilities and abnormal cognitive function.**  Health Ranger Store Inc. for its *Nascent Iodine* intends to use NIH ODS authoritative statements that iodine protects children's cognitive function. **Evidence base:** 4 references (one meta-analysis and/or

systematic review, one clinical trial, two narrative reviews). NIH ODS states "Giving iodine supplements to children with mild iodine deficiency improves their reasoning abilities and overall cognitive function." Authoritative link: (https://ods.od.nih.gov/factsheets/Iodine-consumer/).

72. **Health Claim 59: Iron – Iron intake during pregnancy may reduce the risk of abnormal fetal growth and development.**  Living Fuel International Inc. for its *Supergreens* intends to use NIH ODS authoritative statements that iron promotes normal growth and development of fetuses. **Evidence base:** 4 references (one meta-analysis and/or systematic review, three government and/or authoritative texts).  Authoritative link: (https://ods.od.nih.gov/factsheets/Iron-consumer/).

73. **Health Claim 60: Iron – Iron intake by pregnant women may reduce the risk of low fetal birth weight or premature fetal birth.**  Living Fuel International Inc. for its *Supergreens* intends to use NIH ODS authoritative statements that iron sufficiency in pregnant women reduces the risk of low birth weight or premature birth. **Evidence base:** 4 references (one meta-analysis and/or systematic review, three government and/or authoritative texts). Authoritative link: (https://ods.od.nih.gov/factsheets/Iron-consumer/).

74. **Health Claim 61: Vitamin K – Vitamin K1 supplementation reduces the risk of excessive bruising or bleeding.**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements confirming that vitamin K is essential for normal blood clotting through activation of clotting factors. **Evidence base:** 4 references (one meta-analysis or systematic review, three government and/or authoritative texts). NIH ODS states that "Vitamin K functions as a

coenzyme for vitamin K-dependent carboxylase, an enzyme required for the synthesis of proteins involved in hemostasis (blood clotting)". Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminK-Consumer).

75. **Health Claim 62: Vitamin K2 – Vitamin K2 may reduce the risk of osteoporosis.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements identifying vitamin K2's role in osteocalcin activation and bone mineralization. **Evidence base:** 8 references (one meta-analysis and/or systematic review, one narrative review, 6 observational/epidemiologic studies). NIH ODS confirms that "Vitamin K is important for healthy bones." Authoritative link: (https://ods.od.nih.gov/factsheets/VitaminK-HealthProfessional).

76. **Health Claim 63: Magnesium – Magnesium may help reduce the risk of type 2 diabetes.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements describing magnesium's contribution to insulin function. **Evidence base:** 5 references (two meta-analysis and/or systematic reviews, one clinical trial, one observational/epidemiologic study, one government and/or authoritative text). NIH ODS affirms that "Magnesium helps the body break down sugars and might help reduce the risk of insulin resistance." (https://ods.od.nih.gov/factsheets/Magnesium-HealthProfessional).

77. **Health Claim 65: Magnesium – Magnesium may reduce the risk of bone fractures.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that magnesium is vital for bone structure. **Evidence base:** 6 references (two clinical trials, two

narrative reviews, two mechanistic and/or animal and/or in vitro studies). NIH acknowledges that "People with higher intakes of magnesium have a higher bone mineral density, which is important in reducing the risk of bone fractures and osteoporosis." Authoritative link: (https://ods.od.nih.gov/factsheets/Magnesium-HealthProfessional).

78. **Health Claim 66: Magnesium – Magnesium may reduce the risk of osteoporosis.**

Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements identifying magnesium's link to calcium metabolism. **Evidence base:** 6 references (two clinical trials, two narrative reviews, two mechanistic and/or animal and/or in vitro studies). NIH acknowledges that "People with higher intakes of magnesium have a higher bone mineral density, which is important in reducing the risk of bone fractures and osteoporosis." Authoritative link: (https://ods.od.nih.gov/factsheets/Magnesium-consumer/).

79. **Health Claim 67: Magnesium – Magnesium may reduce the risk of bone mineral density loss in post-menopausal women.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that Magnesium supports bone health in post-menopausal women. **Evidence base:** 6 references (two clinical trials, two narrative reviews, two mechanistic and/or animal and/or in vitro studies). NIH ODS notes that maintaining magnesium intake slows bone loss in older women. Authoritative link: (https://ods.od.nih.gov/factsheets/Magnesium-consumer/).

80. **Health Claim 68: Magnesium – Magnesium may reduce the risk of migraine**

31

**headaches.**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that sufficient levels of magnesium may reduce the frequency of migraines. **Evidence base:** 3 references (one meta-analysis and/or systematic review, two clinical trials). NIH ODS states that "magnesium supplements can modestly reduce the frequency of migraines." Authoritative link: (https://ods.od.nih.gov/factsheets/Magnesium-HealthProfessional).

81. **Health Claim 69: Magnesium – Magnesium may help reduce the risk of heart arrythmia.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements showing magnesium's role in cardiac electrical activity. **Evidence base:** 3 references (three government and/or authoritative texts). NIH confirms "Magnesium also plays a role in the active transport of calcium and potassium ions across cell membranes, a process that is important to nerve impulse conduction, muscle contraction, and normal heart rhythm." Authoritative link: (https://ods.od.nih.gov/factsheets/Magnesium-Consumer).

82. **Health Claim 70: Magnesium – Magnesium may reduce the risk of cardiovascular disease.**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that magnesium reduces the risk of cardiovascular disease. **Evidence base:** 4 references (one meta-analysis and/or systematic review, one clinical trial, one observational/epidemiologic study, one government and/or authoritative text). Results show lower cardiovascular risk in higher magnesium intake groups. Authoritative link: (https://ods.od.nih.gov/factsheets/Magnesium-HealthProfessional).

83. **Health Claim 71: Manganese – Manganese may reduce the risk of osteoporosis.**

Living Fuel International Inc. (*InSport Recovery*) petitions to use NIH ODS authoritative statements on manganese's necessity for bone matrix enzymes. **Evidence base:** 4 references (three clinical trials, one narrative review). Authoritative link: (https://ods.od.nih.gov/factsheets/Manganese-HealthProfessional).

84. **Health Claim 72: Manganese – Manganese may reduce the risk of blood clots.**

Living Fuel International Inc. for its *InSport Recovery* intends to use NIH ODS and CDC authoritative statements linking manganese-dependent enzymes to vascular and coagulation processes. **Evidence base:** 1 reference (one narrative review). Authoritative link: (https://ods.od.nih.gov/factsheets/Manganese-Consumer).

85. **Health Claim 73: Molybdenum – Molybdenum may reduce the risk of toxicity posed by drugs and toxic substances in the body.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements identifying molybdenum as cofactor for enzyme systems eliminating sulfites and aldehydes. **Evidence base:** 4 references (two review articles and two mechanistic and/or animal and/or in-vitro studies). Authoritative link: (https://ods.od.nih.gov/factsheets/Molybdenum-HealthProfessional).

86. **Health Claim 74: Multivitamin/Multimineral – the combination of vitamin C (500 mg/day), Vitamin E (400 IU/day), zinc (80 mg/day), Copper (2 mg a day), lutein (10 mg/day) and zeaxanthin (2 mg/day) may reduce the risk of age-related macular degeneration (AMD).** Health Ranger Store Inc. for its *Epresat® Adult Liquid Multivitamin & Herbal Supplement* intends to use NIH ODS authoritative statements that the combination of

33

vitamin C, vitamin E, zinc, copper, lutein and zeaxanthin may reduce the risk of age-related macular degeneration. **Evidence base:** 3 studies (three clinical trials). NIH NEI confirms a 25 % reduction in AMD progression. (https://www.nei.nih.gov/eye-health-information/clinical-trials/age-related-eye-disease-studies-aredsareds2/aredsareds2-frequently-asked-questions). Authoritative link: https://ods.od.nih.gov/factsheets/MVMS-HealthProfessional/.

87. **Health Claim 75: Potassium – Potassium may reduce the risk of high blood pressure (hypertension), coronary heart disease and stroke.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements affirming the cardioprotective effects of dietary potassium. **Evidence base:** 2 references (two narrative reviews). NIH ODS notes "Increasing the amount of potassium in your diet and decreasing the amount of sodium might help lower your blood pressure and reduce your risk of stroke." Authoritative link: (https://ods.od.nih.gov/factsheets/Potassium-consumer/).

88. **Health Claim 76: Potassium – Increasing the daily intake of potassium while keeping sodium intake within the range of 4 to 6 grams daily may reduce the risk of hypertension and stroke.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that improving the potassium-sodium ratio benefits vascular health. **Evidence base:** 3 references (two meta-analyses and/or systematic reviews, one clinical trial). Authoritative link: (https://ods.od.nih.gov/factsheets/Potassium-Consumer).

89. **Health Claim 77: Potassium – Potassium supplementation may reduce the risk of kidney stones.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that potassium citrate prevents calcium stone formation. **Evidence base:** 5 references (one meta-analysis or systematic review, two clinical trials, two

observational/epidemiologic studies). Authoritative link:

(https://ods.od.nih.gov/factsheets/Potassium-HealthProfessional).

90. **Health Claim 78: Potassium – Potassium supplementation may reduce the risk of osteoporosis.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that potassium supports good bone health. **Evidence base:** 3 references (three clinical trials). Authoritative link: (https://ods.od.nih.gov/factsheets/Potassium-HealthProfessional/).

91. **Health Claim 79: Zinc – Zinc may reduce the risk of pathogenic bacteria and viruses.** Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements that zinc plays a vital role in immune function. **Evidence base:** 4 references (one meta-analysis or systematic review, one narrative review, one observational/epidemiologic study, one government and/or authoritative text). NIH ODS states zinc "helps your immune system fight off invading bacteria and viruses." Authoritative link: (https://ods.od.nih.gov/factsheets/Zinc-Consumer).

92. **Health Claim 80: Zinc – Zinc may reduce the length of wound healing.**

Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements identifying zinc's involvement in cellular proliferation and tissue repair. **Evidence base:** 2 references (one meta-analysis and/or systematic study, one clinical trial). Authoritative link: (https://ods.od.nih.gov/factsheets/Zinc-HealthProfessional).

93. **Health Claim 81: Zinc – Zinc may reduce the duration of the common cold.**

Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements recognizing zinc's ability to lessen episode length and severity of upper respiratory infections. **Evidence base:** 2 references (one meta-analysis and/or systematic review, one clinical trial). NIH ODS states that "taking supplemental zinc in lozenge or syrup form early in the course of the cold can reduce the duration of the signs and symptoms of the cold." Authoritative link: (https://ods.od.nih.gov/factsheets/Zinc-HealthProfessional).

94. **Health Claim 82: Zinc – Zinc may reduce the risk of pneumonia.**

Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements showing decreased pneumonia incidence with proper zinc status. **Evidence base:** 3 references (two meta-analyses and/or systematic reviews, one observational/epidemiologic study). Authoritative link: (https://ods.od.nih.gov/factsheets/Zinc-Consumer).

95. **Health Claim 83: Zinc – Zinc may reduce the risk of type 2 diabetes.**

Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements describing zinc's insulin-modulating effects. **Evidence base:** 8 references (7 meta-analyses and/or systematic reviews, one clinical trial). Authoritative link: (https://ods.od.nih.gov/factsheets/Zinc-HealthProfessional). ODS qualifies: "Zinc supplementation might improve insulin sensitivity."

36

96. **Health Claim 84: Zinc – Zinc may reduce the risk of hypercholesterolemia.**

Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements indicating that zinc supplementation can improve lipid metabolism when baseline status is low. **Evidence base:** 1 reference (one meta-analysis and/or systematic review). Authoritative link: (https://ods.od.nih.gov/factsheets/Zinc).

97. **Health Claim 85: Zinc – Zinc may reduce the frequency of infections.**

Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements recognizing zinc's role in infection resistance. **Evidence base:** 3 studies (one meta-analysis and/or systematic review, one narrative review). Authoritative link: (https://ods.od.nih.gov/factsheets/Zinc-Consumer). ODS qualifies: "Zinc helps your immune system fight off invading bacteria and viruses."

98. **Health Claim 86: Vitamin B5/Pantothenic Acid – Pantothenic acid may reduce the risk of hyperlipidemia (abnormally high levels of lipids [fats] such as cholesterol or triglycerides in the blood).** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements showing pantothenic acid's function as a coenzyme A constituent essential to fatty-acid metabolism. **Evidence base:** 1 reference (one clinical trial). Authoritative link: (https://ods.od.nih.gov/factsheets/PantothenicAcid-HealthProfessional).

99. **Health Claim 87: Selenium – Selenium may reduce the risk of oxidative**

**damage from infections.**  Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements describing selenium's role in antioxidant defense and immune regulation. **Evidence base:** 4 references (three government and/or authoritative texts, one mixed-type evidence study). NIH ODS states "Selenoproteins play critical roles in thyroid hormone metabolism, DNA synthesis, reproduction, and protection from oxidative damage and infection." Authoritative link: (https://ods.od.nih.gov/factsheets/Selenium-HealthProfessional/).

100.    **Health Claim 88: Selenium – Selenium may reduce the risk of hypothyroidism (low thyroid activity).**  Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements describing selenium's essential role in thyroid hormone metabolism. **Evidence base:** 4 references (three government and/or authoritative texts, one mixed-type evidence study). Authoritative link: (https://ods.od.nih.gov/factsheets/Selenium-HealthProfessional). ODS qualifies: "Selenoproteins play critical roles in thyroid hormone metabolism."

101.    **Health Claim 89: Selenium – Selenium may reduce the risk of cognitive decline.**  Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements documenting inverse relations between selenium status and cognitive impairment. **Evidence base:** 8 references (three meta-analyses or systematic reviews, two clinical trials, two observational/epidemiologic studies, one government and/or authoritative text). NIH ODS confirms "serum selenium concentrations decline with age. In addition, chronic selenium deficiencies are correlated with cognitive decline." Authoritative link: (https://ods.od.nih.gov/factsheets/Selenium-HealthProfessional/).

102.    **Health Claim 90: Selenium – Selenium may reduce the risk of Keshan**

**Disease.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements defining Keshan disease as selenium-deficiency cardiomyopathy prevented by adequate selenium intake. **Evidence base:** 4 references (one meta-analysis and/or systematic review, one observational/epidemiologic study, two government and/or authoritative texts). NIH ODS affirms "Selenium deficiency can also […] cause Keshan disease" Authoritative link: (https://ods.od.nih.gov/factsheets/Selenium-HealthProfessional).

103.    **Health Claim 91: Selenium – Selenium may reduce the risk of cardiovascular disease by reducing inflammation, platelet aggregation, and lipid oxidation.** Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements that selenium reduces the risk of developing cardiovascular disease. **Evidence base:** 5 references (two meta-analysis and/or systematic reviews, one clinical trial, one narrative review, one government and/or authoritative text). NIH ODS recognizes "Selenoproteins help reduce inflammation and prevent lipid oxidation and platelet aggregation" Authoritative link: (https://ods.od.nih.gov/factsheets/Selenium-HealthProfessional/).

104.    **Health Claim 92: Asian Ginseng (*Panax ginseng*) – Asian ginseng may help reduce the risk of excessive blood cholesterol levels.** Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intends to use NIH ODS authoritative statements that Asian Ginseng may help reduce cholesterol levels. **Evidence base:** 1reference (one meta-analysis and/or systematic review). Authoritative link: (https://www.nccih.nih.gov/health/asian-ginseng).

105.    **Health Claim 93: Asian Ginseng (*Panax ginseng*) – Asian ginseng may reduce the risk of chronic inflammation in the body.** Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend*) intends to use NIH ODS authoritative statements describing anti-inflammatory

effects of *Panax ginseng* and its ginsenosides. **Evidence base:** 1reference (one narrative review). Authoritative link: (https://www.nccih.nih.gov/health/asian-ginseng).

106.    **Health Claim 94: Asian Ginseng (*Panax ginseng*) – Asian ginseng may reduce the risk of erectile dysfunction (ED).**  Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intends to use NIH ODS authoritative statements evidence of improved sexual performance and satisfaction with *Panax ginseng* supplementation. **Evidence base:** 1 reference (one clinical trial). Authoritative link: (https://www.nccih.nih.gov/health/asian-ginseng).

107.    **Health Claim 95: Ashwagandha (*Withania somnifera*) – Ashwagandha may reduce insomnia.**  Health Ranger Store Inc. for its *Organic Ashwagandha Liquid Extract* intends to use NIH ODS authoritative statements of the adaptogenic benefits improving sleep quality and stress resistance. **Evidence base:** 1 reference (one clinical trial). Authoritative link: (https://ods.od.nih.gov/factsheets/Ashwagandha-HealthProfessional).

108.    **Health Claim 96: Astragalus (*Astragalus membranaceus*) – Astragalus may reduce the risk of lower respiratory infections.**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intends to use NIH ODS authoritative statements on *Astragalus* polysaccharides supporting immune function and respiratory health. **Evidence base:** 1 reference (one meta-analysis and/or systematic review). Authoritative link: (https://www.nccih.nih.gov/health/astragalus).

109.    **Health Claim 97: Bromelain (from pineapple. *Ananas comosus*) – Preliminary research suggests that bromelain may reduce the risk of sinus congestion.** Health Ranger Store Inc. for its *Ultimate Enzymes* intends to use NIH ODS authoritative

statements referring to the positive benefits of bromelain on sinus health. **Evidence base:** 5 references (three meta-analyses and/or systematic reviews, one clinical trial, one narrative review). Authoritative link: (https://www.nccih.nih.gov/health/bromelain).

110.    **Health Claim 98: Chamomile (*Matricaria recutita, Chamomilla recutita*) – Chamomile may reduce the risk of mild depression.**  Health Ranger Store Inc. for its *Gallexier® Herbal Bitters Liquid Herbal Supplement* intends to use NIH ODS authoritative statements demonstrating *Matricaria recutita*'s calming and mood-supportive effects. **Evidence base:** 2 references (one meta-analysis and/or systematic review, one clinical trial). Authoritative link: (https://www.nccih.nih.gov/health/chamomile).

111.    **Health Claim 99: Chamomile (*Matricaria recutita, Chamomilla recutita*) – Chamomile may reduce the risk of diarrhea in children and colic in infants.** Health Ranger Store Inc. for its *Gallexier® Herbal Bitters Liquid Herbal Supplement* intends to use NIH ODS authoritative statements acknowledging chamomile's safe use for infant gastrointestinal discomfort. **Evidence base:** 2 references (one narrative review, one government and/or authoritative text). Authoritative link: (https://www.nccih.nih.gov/health/chamomile).

112.    **Health Claim 100: Cranberry (*Vaccinium macrocarpon*) – Cranberry extracts may reduce the risk of repeat urinary tract infections (UTIs) in women.**  Living Fuel International Inc. for its *SuperBerry Ultimate* and Cardio Miracle for its *Cardio Miracle Nitric Oxide Blend* intend to use NIH ODS authoritative statements noting that cranberry polyphenols interfere with bacterial adhesion to urinary tract linings. **Evidence base:** 4 references (one meta-analysis and/or systematic review, two clinical trials, one government and/or authoritative text). Authoritative link: (https://www.nccih.nih.gov/health/cranberry).

113.    **Health Claim 101: Elderberry (*Sambucus nigra*) – Elderberry may reduce the risk of colds, flu, and other upper respiratory infections.**  Health Ranger Store Inc. for its *Organic Elderberry & Echinacea* intends to use NIH ODS authoritative statements recognizing *Sambucus nigra* extracts for boosting immune response and shortening duration of colds. **Evidence base:** 5 references (one clinical trial, four narrative reviews). Authoritative link: (https://www.nccih.nih.gov/health/elderberry).

114.    **Health Claim 102: Flaxseed (*Linum usitatissimum*) – Flaxseed oil supplements containing alpha-linolenic acid (ALA) may help reduce the risk of insulin resistance.**  Health Ranger Store Inc. for its *Organic Brown Flaxseed* intends to use NIH ODS authoritative statements on *Linum usitatissimum's* effects on glucose regulation. **Evidence base:** 2 references (two clinical trials). Authoritative link: (https://www.nccih.nih.gov/health/flaxseed-and-flaxseed-oil).

115.    **Health Claim 103: Garlic (*Allium sativum*) – Garlic supplements may reduce total and LDL ('bad') cholesterol in people with high cholesterol levels.**  Health Ranger Store Inc. for its *Chief Originals Intestinal Defense Herbal Extract* intends to use NIH ODS authoritative statements that *Allium sativum* lowers total and LDL cholesterol. **Evidence base:** 3 references (three meta-analyses and/or systematic reviews). Authoritative link: (https://www.nccih.nih.gov/health/garlic).

116.    **Health Claim 104: Ginger (*Zingiber officinale*) – Ginger may reduce the risk of nausea and vomiting associated with pregnancy.**  Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements recognizing *Zingiber officinale* as effective and safe for pregnancy-related nausea. **Evidence base:** 3 references (two

meta-analyses and/or systematic reviews, one clinical trial) demonstrating statistically significant reduction in nausea episodes. Authoritative link: (https://www.nccih.nih.gov/health/ginger).

117.    **Health Claim 105: Ginkgo biloba (*Ginkgo biloba*) – Ginkgo biloba may help reduce the risk of dementia.**  Health Ranger Store Inc. for its *Plant-Based Kidney Health* intends to use NIH ODS authoritative statements highlighting *Ginkgo biloba*'s memory-supportive effects. **Evidence base:** 4 references (three meta-analyses and/or systematic reviews, one clinical trial). Authoritative link: (https://www.nccih.nih.gov/health/ginkgo).

118.    **Health Claim 106: Grape (*Vitis* spp.) – Grape seed and skin-derived antioxidants may reduce the risk of heart disease.**  Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements confirming *Vitis vinifera* antioxidants improve endothelial function. **Evidence base:** 2 references (two meta-analyses and/or systematic reviews). Authoritative link: (https://www.nccih.nih.gov/health/grape-seed-extract).

119.    **Health Claim 107: Grape (*Vitis* spp.) – Proanthocyanidin-rich grape seed extracts may reduce the risk of chronic venous insufficiency (CVI).**  Living Fuel International Inc. for its *SuperBerry Ultimate* intends to use NIH ODS authoritative statements demonstrating decreased edema and pain in CVI patients.  Authoritative link: (https://www.nccih.nih.gov/health/grape-seed-extract).

120.    **Health Claim 108: Green Coffee (Coffea spp.) Bean – Green coffee bean extracts may lower blood sugar levels.**  Living Fuel International Inc. for its *InSport Recovery* intends to use NIH ODS and CDC authoritative statements identifying chlorogenic acids'

regulatory role in glucose absorption. **Evidence base:** 1 reference (one meta-analysis and/or systematic review). Authoritative link: ([https://ods.od.nih.gov/factsheets/WeightLoss-HealthProfessional/ - coffee](https://ods.od.nih.gov/factsheets/WeightLoss-HealthProfessional/).

121.    **Health Claim 109: Green Tea (*Camellia sinensis*) – Green tea may lower total and LDL ('bad') cholesterol.**  Living Fuel International Inc. for its *InSport Recovery* intends to use NIH ODS authoritative statements showing that *Camellia sinensis* catechins reduce blood cholesterol. **Evidence base:** 4 references (three meta-analysis and/or systematic reviews, one narrative review). Authoritative link: ([https://ods.od.nih.gov/factsheets/WeightLoss-HealthProfessional/ - tea](https://ods.od.nih.gov/factsheets/WeightLoss-HealthProfessional/).

122.    **Health Claim 110: Lavender Oil (*Lavandula angustifolia*) – Lavender (Lavandula angustifolia) oil taken orally may reduce sexual dysfunction in menopausal and post-menopausal women.**  Health Ranger Store Inc. for its *Organic Lavender Essential Oil* intends to use NIH ODS authoritative statements showing aromatherapeutic and psychophysiological benefits of *Lavandula angustifolia*. **Evidence base:** 2 references (two clinical trials). Authoritative link: ([https://www.nccih.nih.gov/health/lavender](https://www.nccih.nih.gov/health/lavender)).

123.    **Health Claim 111: Peppermint (*Mentha × piperita*) – Peppermint (Mentha × piperita) leaves (or oil) may help reduce the risk of irritable bowel syndrome (IBS).** Health Ranger Store Inc. for its *Organic Peppermint Essential Oil* intends to use NIH ODS authoritative statements of smooth-muscle relaxation and improved IBS symptoms with peppermint oil. **Evidence base:** 4 references (one meta-analysis and/or systematic review, two narrative reviews, one government and/or authoritative text). Authoritative link: ([https://www.nccih.nih.gov/health/peppermint-oil](https://www.nccih.nih.gov/health/peppermint-oil)).

44

124.   **Health Claim 112: Turmeric (*Curcuma longa*) – Turmeric (Curcuma longa) extracts may reduce the risk of osteoarthritis.**  Health Ranger Store Inc. for its *Health Ranger's Organic Turmeric Gold liquid extract* intends to use NIH ODS authoritative sources confirming curcumin's anti-inflammatory properties supporting joint function. **Evidence base:** 3 references (three meta-analyses and/or systematic reviews). Authoritative link: (https://www.nccih.nih.gov/health/turmeric).

125.   **Health Claim 113: Omega-3 Fatty Acids – Omega-3 fatty acids rich in EPA and DHA may reduce inflammation.**  Living Fuel International Inc. for its *Super Essentials Omegas* intend to use NIH ODS authoritative statements describing EPA and DHA as modulators of inflammatory responses. **Evidence base:** 2 references (two narrative reviews). Authoritative link: (https://ods.od.nih.gov/factsheets/Omega3FattyAcids-HealthProfessional).

126.   **Health Claim 114: Omega-3 Fatty Acids – Omega-3 fatty acids may reduce the risk of certain cancers.**  Living Fuel International Inc. for *Super Essentials Omegas* intends to use NIH ODS authoritative statements showing inverse associations between omega-3 fatty acid intake and incidence of certain cancers. **Evidence base:** 2 references (one clinical trial, one narrative review). Authoritative link: (https://ods.od.nih.gov/factsheets/Omega3FattyAcids-HealthProfessional).

## V.   CAUSES OF ACTION

### COUNT I:
### FDA'S CENSORSHIP ON LABELS AND IN LABELING OF 114 NUTRIENT-DISEASE STATEMENTS FROM FEDERAL GOVERNMENT HEALTH AGENCIES VIOLATES 21 U.S.C. 343(r)(3)(C)

127.   In a letter dated December 23, 2025, FDA refused to allow on labels and in

45

labeling of Plaintiff Manufacturers' dietary supplements 114 nutrient-disease risk reduction claims, health claims, that were based on authoritative statements published by the National Institutes of Health ("NIH"), the National Institutes of Health Office of Dietary Supplements ("ODS"), the NIH National Center for Complementary and Integrative Medicine ("NCCIH"), and the Centers for Disease Control and Prevention ("CDC") on their respective web pages violates 21 U.S.C. § 343(r)(3)(C). Those authoritative statements were accompanied by references that form a balanced presentation of the science on which the respective statements were themselves based. By denying the claims, FDA violated the plain and intended meaning of 21 U.S.C. 343(r)(3)(C).

128.    FDA has a long history of censoring nutrient-disease risk reduction claims ("health claims") backed by scientific evidence for use on labels and in labeling of dietary supplements. Before Congress adopted 21 U.S.C. § 343(r)(3)(C), FDA censored such claims pursuant to its construction of the health claims approval provisions of the Food Drug and Cosmetic Act in 21 USC 343(r)(3)(B). That censorship was condemned by the United States Court of Appeals for the D.C. Circuit as a violation of the First Amendment commercial speech standard in the landmark *Pearson v. Shalala,*164 F.3d 650 (D.C. Cir. 1999), *reh'g denied,* 172 F.3d 72 (D.C. Cir. 1999).

129.    FDA maintains its proclivity to favor suppression over disclosure in the present case pursuant to its construction of the statutory alternative to the FDA health claims review process, in 21 USC 343(r)(3)(C).

130.    In *Pearson,* FDA construed Section 343(r)(3)(B) to demand greater proof for private health claims than the supportive science there in issue. The Court ruled that if FDA chose, it could establish an exceedingly high standard for "FDA approved" claims, one perhaps

46

beyond the ability of any regulatee to meet, but it could not on that basis deny market entry for the claims it would not approve unless it could establish with empirical evidence that no claim qualification or disclaimer could suffice to eliminate misleadingess associated with those unapproved claims.  Rather, the Court held that in those instances where FDA did not approve claims under Section 343(r)(3)(B), FDA nevertheless had to allow the claims to enter the market because under the First Amendment commercial speech standard science-backed claims could not be constitutionally suppressed by the government.

131.    In like manner, FDA here construes Section 343(r)(3)(C) to demand proof beyond that statutorily required and beyond that found satisfactory by its sister agencies for publishing the health claims on those agencies' public facing web sites.  As in *Pearson,* so too here, the FDA must answer to the higher law of the First Amendment and under that law it cannot constitutionally suppress on labels and in labeling the health claims published by its sister agencies to the public, even if FDA deems the claims not "authoritative" or not "FDA approved" for one reason or another.

132.    The Food and Drug Administration Modernization Act, codified at 21 U.S.C. § 343(r)(3)(C), establishes an alternative to the FDA health claims review process in § 343(r)(3)(B) by which FDA may authorize market entry of certain health claims on dietary supplement labels and in dietary supplement flabeling.  Section 343(r)(3)(C) provides that "notwithstanding the provisions of" 343(r)(3)(B), a claim of the type described in paragraph (1)(B) (i.e., a nutrient-disease relationship claim or health claim) "not authorized by the Secretary in a regulation promulgated in accordance with clause (B)" "shall be authorized and may be made with respect to a food if" the following conditions are satisfied: (1) the claim is based on an authoritative statement of a scientific body of the U.S. government with official responsibility for public

47

health protection or research directly relating to human nutrition, 21 U.S.C. § 343(r)(3)(C)(i) and (2) the person submitting the claim supplies the Secretary with (a) information to show via a concise description that the statement is one from an aforementioned body of the U.S. Government and not from an employee of that body acting in his individual capacity; (b) the exact wording of the claim; (c) a copy of the authoritative statement; and (d) a balanced representation of the scientific literature relating to the relationship between the nutrient and a disease or health-related condition to which the claim refers. 21 U.S.C. § 343(r)(3)(C)(ii).  In addition, the claim must be (d) one that enables consumers to understand the relative significance of the information within the context of a daily diet.

133.   Congress defined an "authoritative statement" as one "published" by a "scientific body of the United States Government with official responsibility for public health protection or research directly relating to human nutrition." 21 U.S.C. § 343(r)(3)(C)(i).  Congress additionally required that the authoritative statement be "currently in effect." 21 U.S.C. § 343(r)(3)(C)(i).

134.   Congress restricted the Secretary's authority to limit this class of health claims to the post-authorization context following notice and comment rulemaking as to the claim and via regulation promulgated, or by district court order in an enforcement proceeding.  21 U.S.C. § 343(r)(3)(D).  In other words, upon receipt of notice of the claims, FDA is obliged to allow them to enter the market without subjecting them to a prior review and approval process, such as that codified for FDA approval of health claims not based on authoritative statements in 21 U.S.C. § 343(r)(3)(B).

135.   The legislative history concerning 21 U.S.C. § 343(r)(3)(C) is contained in H.R. Rep. No. 105-309, 105th Cong., 1st Sess. (1997) and S. Rep. No. 105-43, 105th Cong., 1st Sess. (1997).  That history reveals Congress's intention to ensure that a health claim under 21 U.S.C. §

343(r)(3)(C) be allowed to enter the market at the point of sale without need for advance authorization from the Secretary if based on publications of other federal government scientific bodies with public health protection or research responsibility.  Neither the statutory language nor the legislative history grants authority to FDA to engage in a prior review or clearance process for the claims filed pursuant to § 343(r)(3)(C).  Nor is there any reference to an intention to give FDA authority to impose restrictions on allowance of these claims beyond those expressly stated in the statute's text.

136.    The legislative history explains that Congress enacted § 343(r)(3)(C) as an alternative to the pre-existing health claim review process under 21 U.S.C. § 343(r)(3)(B) (which process pertains to both foods and dietary supplements, albeit FDA presently contends that it cannot allow authoritative statements for supplements), because that process was "inefficient and fails adequately to benefit from the deliberative processes in which authoritative scientific bodies engage in issuing statements on matters of public health."  Moreover, Congress intended for the term "authoritative statement" to be understood broadly, giving examples of statements drawn from public facing published reports that had not been reviewed in advance by FDA, that had not been determined by FDA to be the product of "consensus," or required by FDA to be identified by the sponsoring scientific body as "official."  The legislative history reads in pertinent part:

> The Surgeon General and National Academy of Sciences have published authoritative reports on such relationships.  The National Cancer Institute has issued pamphlets recommending food choices to reduce the risk of cancer.  The National Heart, Lung, and Blood Institute has issued a range of authoritative publications aimed at reducing the risk of hypertension and heart disease in the United States population.

> The failure of the current system [i.e., under 21 U.S.C. § 343(r)(3)(B)] to give adequate weight to the statements of such authoritative bodies, coupled with the prohibitive economic burden that permits only the largest food companies and trade organizations to file a health claim petition to gain approval of a new health claim, has deprived the public of the full disease prevention benefits health claims were intended to provide.

U.S. Senate Report 105-43, 105th Cong., 1st Sess. (1997).

137.    The legislative history condemns FDA's denial of the folic acid/neural tube defect risk reduction claim (a dietary supplement claim), which was one at issue in Pearson v. Shalala under 21 U.S.C. § 343(r)(3)(B) wherein the D.C. Circuit found the claim suppressed by FDA in violation of the First Amendment.  The legislative history explains that notice to FDA and allowance of noticed claims without FDA pre-approval was intended for "authoritative statements" under 21 U.S.C. § 343(r)(3)(C), defining a clear alternative to health claim approval under 21 U.S.C. § 343(r)(3)(B).  The legislative history reads:

> The amendments this legislation makes to section 403(r)(3) [21 U.S.C. § 343(r)(3)] of the Federal Food Drug and Cosmetic Act would prevent a recurrence of the kind of problem presented by the folic acid/neural tube defect claim.  While the legislation makes no change to the existing standards governing the health claim approval process, it establishes an alternative procedure by which health claims supported by an authoritative statement of an appropriate scientific body of the U.S. government are authorized.  Such claims could be made after premarket notification to FDA, without the delay that accompanies the rulemaking process.  The legislation would require manufacturers intending to make such a health claim to submit a premarket notice to FDA concisely describing the claim and the authoritative statement relied upon.  The notice would be submitted at least 120 days before the first introduction of a food bearing the claim into interstate commerce.

U.S. Senate Report 105-43, 105th Cong., 1st Sess. (1997).

138.    In its December 23, 2025 Letter, FDA denied 114 nutrient-disease risk reduction claims drawn from the official web sites of National Institutes of Health ("NIH"), the National Institutes of Health Office of Dietary Supplements ("ODS"), the NIH National Center for Complementary and Integrative Medicine ("NCCIH"), and the Centers for Disease Control and Prevention ("CDC") (collectively, the "sister agencies"), which nutrient-disease risk reduction statements were backed by scientific references that form a balanced presentation of the science cited by the sister agencies.

139.    FDA determined that the statements were not "authoritative statements" based

principally on requirements not specified in the statute.  In particular, FDA claimed none of the 114 statements were "authoritative" because (a) it contacted the sister agencies after receipt of the Plaintiffs' Notification and asked officials in those agencies to state whether the statements on their agencies' publicly facing web sites were "authoritative statements," those sister agency officials responded that they were not; (b) it concluded that the statements did not accurately represent the nutrient-disease risk reduction statements published on its sister agencies web sites; (c) it concluded that the nutrient-disease risk reduction statements published on its sister agencies web sites did not constitute an "'official or consensus statement'" of those agencies; (d) it concluded that the scientific references relied upon by its sister agencies in support of the nutrient-disease risk reduction statements on their web sites was not a balanced presentation of the science; (e) it concluded that the Plaintiffs' health claims were not accurate representations of the nutrient-disease risk reduction statements published on the sister agencies' web sites; and (f) it found some of the health claims did not include the verb "may" and were misleading on that basis.

140.    The six reasons given by the agency exceed in either specific requirement or in meaning attributed the bases for an "authoritative statement" listed in 21 U.S.C. § 343(r)(3)(C) and thus violate the statute.  Moreover, FDA did not respond to Plaintiffs' notification request that it rely on claim qualification to the extent necessary to avoid potential misleadingness, refusing to consider any claim qualifications in its December 23 letter.

141.    Although the statute expressly provides, and the legislative history clearly identifies, § 343(r)(3)(C) as an "alternative" to FDA health claims review under 21 U.S.C. § 343(r)(3)(C) (under which both food and dietary supplement claims are reviewed), FDA stated that it would only consider the Plaintiffs' claims if refiled under 21 U.S.C. § 343(r)(3)(C) and

only until it formally acted by rulemaking to identify "dietary supplement claims" as within the ambit of "foods" in 21 U.S.C. § 343(r)(3)(C), although in 21 U.S.C. 321(ff) "a dietary supplement" is "deemed a food" under the statute. Thus, by refusing to evaluate dietary supplement health claims as food claims, FDA also violates the statute.

## COUNT II:
### FDA'S INTERPRETATION OF 21 USC 343(r)(3)(C) TO JUSTIFY CENSORSHIP OF 114 FEDERAL GOVERNMENT HEALTH CLAIMS IS LEGALLY BARRED BY THE CONSTITUTIONAL AVOIDANCE DOCTRINE AND BY LOPER BRIGHT ENTERPRISES V. RAIMONDO

142.    FDA's construction of 21 U.S.C. § 343(r)(3)(C) to justify denial of 114 health claims derived from nutrient-disease risk reduction statements made by NIH, ODS, NCCIH, and CDC on their respective public facing web pages violates the Constitutional Avoidance Doctrine through a construction that raises serious First Amendment constitutional issues.

143.    However, the plain language of 21 U.S.C. § 343(r)(3)(C) supported by its legislative history provides an alternative interpretation that permits market entry of the Plaintiffs' 114 health claims on labels and in labeling of dietary supplements and avoids constitutional issues while remaining consistent with congressional intent. That interpretation recognizes the statements made by NIH, ODS, NCCIH, and CDC on their respective public facing web sites are "authoritative" within the meaning of the statute and that all other statutory conditions are met. In particular, (1) NIH, ODS, NCCIH, and CDC are "scientific bodies of the United States government with official responsibility for public health protection or research directly relating to human nutrition" and are expressly identified in the statute as such; (2) each of the Plaintiffs' health claims is an "accurate summary" of statements made by NIH, ODS, NCCIH, and CDC on their respective public facing web sites, which are, so appearing, "authoritative statements" within the meaning of the statute; (3) each statement currently appears

52

on the NIH, ODS, NCCIH, and CDC public facing web sites as of the filing of Plaintiffs' Notification to the agency and each is thus "currently in effect;" (4) the NIH, ODS, NCCIH, and CDC statements are supported by references that constitute a "balanced representation" of the science concerning the nutrient-disease risk reduction relationships; and (5) the Plaintiffs' health claims identify the precise dietary ingredient and daily dose amounts that are associated with the disease risk reduction effects in the scientific literature and, thus, enable consumers to understand their "relative significance within the context of the daily diet."

144.    Consistent with the Constitutional Avoidance Doctrine, this alternative construction, which is fully consistent with the plain language of the statute, must be followed in lieu of the agency's chosen narrow construction, because this alternative avoids serious First Amendment issues.  Moreover, under governing First Amendment jurisprudence from the D.C. Circuit in Pearson v. Shalala and its progeny, the FDA must rely on the less speech restrictive alternative of requiring succinct, accurate, and unbiased claim qualifications to allay any reasonable concerns that claims left unqualified may mislead the public, as was the invitation given FDA by the Petitioners in their Notification wherein Plaintiffs explained that they would accept any such reasonable claim qualification.

145.    In the advent of *Loper Bright Enterprises, Inc. v. Raimondo,* 603 U.S. 369 (2024), FDA is not entitled to deference for its narrow construction of 21 U.S.C. § 343(r)(3)(C). Moreover, under *Loper Bright Enterprises,* this Court is obliged to adopt a plain meaning construction of the statute, guided by the canons of statutory construction, which plain meaning results in allowance of the Plaintiffs' 114 health claims to enter the market on labels and in labeling to fulfill the higher law requirements of the First Amendment.

<u>**COUNT III:**</u>

53

**FDA'S CENSORSHIP ON LABELS AND IN LABELING OF 114 NUTRIENT-DISEASE STATEMENTS MADE BY FEDERAL GOVERNMENT HEALTH AGENCIES VIOLATES THE FIRST AMENDMENT TO THE UNITED STATES CONSTITUTION AND THE D.C. CIRCUIT'S LANDMARK DECISION IN PEARSON V. SHALALA**

146.    The decision of FDA in its December 23, 2025 Letter to suppress Plaintiffs' 114 health claims violates the First Amendment to the United States Constitution, explicated upon by the D.C. Circuit in the context of nutrient-disease risk reduction claims (health claims) in *Pearson v. Shalala,* 164 F.3d 650 (D.C. Cir. 1999), *reh'g denied,* 172 F.3d 72 (D.C. Cir. 1999). That FDA decision also violates the *Pearson v. Shalala* requirement that FDA rely on the less speech restrictive alternative of claim qualification over outright suppression in order to comply with the limits imposed on government regulation of speech under the First Amendment Commercial Speech doctrine.

147.    Nutrient-disease risk reduction claims (health claims) on dietary supplement labels and in their labeling are commercial speech subject to the test established by the Supreme Court for commercial speech in *Central Hudson Gas & Elec. Corp. v. Public Service Comm'n of New York,* 447 U.S. 557 (1980).  See *Pearson v. Shalala,* 164 F.3d 650 (1999); *Whitaker v. Thompson,* 229 F.Supp.2d 43 (2003).

148.    Under *Central Hudson*, commercial speech receives First Amendment protection if it concerns lawful activity and is not misleading.  If the speech passes that threshold test, the government may impose restrictions on it only if those restrictions advance a substantial governmental interest and are no more extensive than necessary to serve that interest.  In *Pearson v. Shalala,* 164 F.3d 650 (D.C. Cir. 1999), *reh'g denied,* 172 F.3d 72 (D.C. Cir. 1999), the D.C. Circuit further explained that there is a clear First Amendment preference for disclosure over outright suppression of health claims.  Moreover, when health claims are backed by scientific evidence, even when FDA does not approve the claim, it must nevertheless allow it to

54

enter the market on labels and in labeling as a qualified health claim to satisfy the final prong of *Central Hudson*, the least restrictive alternative requirement.

149.   In this instance, the Plaintiffs' health claims are derived from nutrient-disease risk reduction statements published to the public on the government's own web sites.  The commercial speech in issue cannot reasonably be said to be misleading because the government itself publishes it to the American people.  Neither the government's published statements nor the Plaintiffs' health claims based on those statements are inherently misleading but are backed by credible scientific evidence and, thus, are protected speech.  Moreover, the government relies on a balanced review of the scientific evidence, citing to its own preferred references, pertaining to each statement and, thus, the statements are not inherently misleading.  The government's substantial interest in avoiding defrauding the American public is not directly advanced by suppression of the health claims for the same reasons expressed in *Pearson v. Shalala,* 164 F.3d 650 (D.C. Cir. 1999), *reh'g denied,* 172 F.3d 72 (D.C. Cir. 1999).  Edifying the public of government statements concerning the beneficial disease risk reduction effects of specific nutrients at specific dose levels improves the exercise of freedom of informed choice, precisely in service to the government's objective in avoiding defrauding the American public. Suppressing government statements at the point of sale concerning those disease risk reduction effects deprives the public of opportunities to exercise informed choice, thus increasing the likelihood that they can be misled or defrauded.  Finally, there is an obvious, less speech restrictive alternative to outright suppression, which is to permit the Plaintiffs' health claims to enter the market, bearing succinct, accurate, and reasonable claim qualification or disclaimer mandated by the Defendant.

150.   FDA thus violated the First Amendment and controlling commercial speech

doctrine precedent in this Circuit by suppressing Plaintiffs' 114 nutrient-disease risk reduction claims (health claims).

## VI.    RELIEF REQUESTED

WHEREFORE, Plaintiffs respectfully request that this Court:

(A) pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202 (and consistent with the Administrative Procedure Act's provisions incorporating declaratory judgment, 5 U.S.C. § 706 in review of agency decisions), set aside and declare unlawful and of no further legal force or effect the FDA's December 23, 2025 Letter censoring on Plaintiff Manufacturers' labels and in their labeling 114 nutrient-disease relationship claims made by federal government health agencies, declaring that action:

   (1) in violation of 21 U.S.C. § 343(r)(3)(C);
   (2) in violation of the constitutional avoidance doctrine; and
   (3)  in violation of the First Amendment to the United States Constitution.

(B) Reverse and remand the FDA's December 23, 2025 Letter with instructions to implement this Court's decision and discontinue censorship of the 114 nutrient-disease relationship claims; and

(C) Grant such other and further relief as the Court may deem just and warranted under the circumstances.


DATED: April 29, 2026

                    Respectfully submitted,

                    ALLIANCE FOR NATURAL HEALTH USA;
                    LIVING FUEL INTERNATIONAL, INC.;
                    HEALTH RANGER STORE, INC.;
                    SANACOR INTERNATIONAL, INC.; and
                    EVOLUTION NUTRACEUTICALS d/b/a
                    CARDIO MIRACLE,

                    By.    /s/ Jonathan W. Emord
                            Jonathan W. Emord (D.C. Bar # 407414)
                            EMORD & ASSOCIATES, P.C.
                            11808 Wolf Run Lane
                            Clifton, VA 20124
                            P: (703) 239-8968
                            E: jemord@emord.com

Counsel for Plaintiffs